IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DANIELLE PETRUCCI             :
                              :    C.A. No.
                              :
        v.                    :
                              :
SHELDON CUMMINGS and           :
J.B. HUNT TRANSPORT, INC.      :

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Sheldon Cummings and J.B. Hunt Transport, Inc., by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. The Complaint, being the original process in this case, was first received by defendant, J.B. Hunt Transport, Inc., no earlier than May 28, 2008.

2. Originally, the Complaint named J.B. Hunt Corp. as a defendant. However, the parties entered into a Stipulation dismissing J.B. Hunt Corp from the lawsuit. *(See attached Stipulation of Dismissal of J.B. Hunt, Corp. as Exhibit B.)*

2. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

3. In the Complaint, Plaintiff alleged that as a result of the motor vehicle accident at issue in this lawsuit, she sustained "serious and potentially permanent bodily injuries including, but not limited to , neck, shoulders, low back, right hand, pain and suffering and loss of enjoyment of life which may continue into the indefinite future." *See Exhibit A at ¶8.*

4. Plaintiff also alleged that she incurred medical expenses, "which may continue into the future." *See Exhibit A at ¶9.*

5. Based upon a fair reading of the Complaint and the demand, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

6. Defendant, J.B. Hunt Transport, Inc., at all material times, was and is a corporation incorporated under the laws of the State of Georgia with its principal place of business located in Lowell, Arkansas.

7. Defendant, Sheldon Cummings, at all material times, was and is a citizen of the State of Texas.

8. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

9. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

    (a) plaintiff is a citizen and resident of the State of Delaware; and

    (b) defendants are not citizens or residents of the State of Delaware.

10. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

11. The undersigned counsel also represents Defendant, Sheldon Cummings and he has consented to the removal of this action.

WHEREFORE, defendants, J.B. Hunt Transport, Inc. and Sheldon Cummings pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed therefrom to This Honorable Court.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark
Attorneys for Defendants,
J.B. Hunt Transport, Inc.
and Sheldon Cummings
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

Dated: June 26, 2008

# EXHIBIT "A"

EFiled: May 18 2008 12:34PM EDT
Transaction ID 19877353
Case No. 08C-05-123 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| DANIELLE PETRUCCI, | ) | C.A. No. 08C-05- |
| | ) | |
| Plaintiff, | ) | |
| | ) | EFILED |
| v. | ) | |
| | ) | |
| SHELDON CUMMINGS, | ) | JURY TRIAL DEMANDED |
| J.B. HUNT CORP., a Delaware corporation | ) | |
| and J.B. HUNT TRANSPORT, INC., a | ) | |
| foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | SUMMONS |

301783

THE STATE OF DELAWARE,
TO THE SHERIFF OF NEW CASTLE COUNTY:
YOU ARE COMMANDED:

    To summon the above named Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Philip M. Finestrauss, Esquire, Plaintiffs' attorney, whose address is 1404 N. King Street, P.O. Box 1409, Wilmington, Delaware 19899, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon Defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

5/27/08

SHARON AGNEW
Prothonotary
Per Deputy

TO THE ABOVE NAMED DEFENDANTS:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary
Per Deputy

EFiled: May 18 2008 12:34PM EDT
Transaction ID 19877353
Case No. 08C-05-123 SCD

SUPERIOR COURT
CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:   (N)   K   S        CIVIL ACTION NUMBER: 08C-05-_____

| | |
|---|---|
| CAPTION:<br>DANIELLE PETRUCCI,<br><br>                       Plaintiff,<br>v.<br><br>SHELDON CUMMINGS,<br>J.B. HUNT CORP., a Delaware corporation<br>and J.B. HUNT TRANSPORT, INC., a foreign<br>corporation,<br>                       Defendants. | CIVIL CASE CODE: CPIA<br><br>CIVIL CASE TYPE: PERSONAL INJURY AUTO<br>NAME AND STATUS OF PARTY FILING DOCUMENT:<br>Danielle Petrucci, Plaintiff<br><br>DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>COMPLAINT<br><br><br>JURY DEMAND  X     YES_____  NO |
| ATTORNEY NAME(S):<br>Philip M. Finestrauss<br>ATTORNEY ID(S):<br>2868<br>FIRM NAME:<br>Philip M. Finestrauss, P.A.<br>ADDRESS:<br>1404 N. King Street<br>Wilmington, DE 19899, P.O. Box 1409<br>TELEPHONE NUMBER:<br>302-984-1600<br>FAX NUMBER:<br>302-654-3616<br>EMAIL ADDRESS:<br>pfinestrauss@verizon.net | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br>_____<br>_____<br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):<br>_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br>_____<br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST REPONSIVE PLEADING BEING STRICKEN.

EFiled: May 18 2008 12:34 ... EDT
Transaction ID 19877353
Case No. 08C-05-123 SCD

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DANIELLE PETRUCCI, ) | C.A. No. 08C-05- |
| ) | |
| Plaintiff, ) | |
| ) | EFILED |
| v. ) | |
| ) | |
| SHELDON CUMMINGS, ) | JURY TRIAL DEMANDED |
| J.B. HUNT CORP., a Delaware corporation ) | |
| and J.B. HUNT TRANSPORT, INC., a ) | |
| foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

1. Plaintiff, Danielle Petrucci, is a resident of the State of Delaware, residing at 811 Old Harmony Road, Newark, Delaware 19711.

2. Defendant, Sheldon Cummings, is a resident of the State of Texas, residing at 29 CR 1128, Linden, Texas 75563 and at all times pertinent hereto was an employee, agent and/or servant of Defendants, J.B. Hunt Corp. and/or J.B. Hunt Transport, Inc., engaged in the normal course and scope of his employment, operating a vehicle owned by either or both of the corporate Defendants.

3. Defendant, J.B. Hunt Corp., (hereinafter referred to as "JBHC"), is a freight transportation and logistics company, whose primary place of business is located in Lowell, Arkansas, which is a Delaware corporation and a wholly owned subsidiary of Defendant, J.B. Hunt Transport, Inc., whose registered agent for service of process is the Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

4. Defendant, J.B. Hunt Transport, Inc., (hereinafter referred to as "JBHT"), is a foreign corporation, whose registered agent for service of process is the Delaware Secretary of State.

5. On or about May 18, 2006, at approximately 12:30 p.m., Plaintiff, Danielle Petrucci, was operating a motor vehicle traveling westbound on Delaware Route 2 in the right through lane approaching the intersection with Delaware Route 41 in Wilmington, New Castle County, Delaware.

6. At the same time and place, Defendant, Sheldon Cummings, was operating a tractor trailer, traveling southbound on Delaware Route 141, when he attempted to make a right hand turn to merge onto Delaware Route 2 and collided with Plaintiff's vehicle.

7. The collision was caused by the negligence of Defendant, Sheldon Cummings, and is imputed to Defendants, JBHC and/or JBHT, pursuant to the doctrine of Respondeat Superior in that he:

    (a) Failed to maintain a proper lookout;

    (b) Failed to maintain control over the vehicle that he was operating;

    (c) Operated his motor vehicle on the aforementioned roadway in a careless and imprudent manner without due regard for the traffic conditions then existing in violation of 21 Del. C. §4176(a);

    (d) Operated his motor vehicle on the aforementioned roadway and failed to give full time and attention to the operation of said motor vehicle in violation of 21 Del. C. §4176(b); and

    (e) Operated his motor vehicle on the aforementioned roadway and failed to yield the right of way in violation of 21 Del. C. §4131.

8. As a result of the negligence of Defendant, Sheldon Cummings, which is imputed to Defendants, JBHC and/or JBHT, Plaintiff, Danielle Petrucci, sustained serious and potentially permanent bodily injuries including, but not limited to, neck, both shoulders, low back, right hand, pain and suffering and loss of enjoyment of life which may continue into the indefinite future.

9. As a further result of the negligence of Defendant, Sheldon Cummings,

which is imputed to Defendants, JBHC and/or JBHT, Plaintiff, Danielle Petrucci, has incurred medical expenses, which may continue into the indefinite future.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, together with general damages, special damages in excess of limits of 21 Del. C. §2118, post-judgment interest and the costs of this action.

PHILIP M. FINESTRAUSS, P.A.

BY: /s/ Philip M. Finestrauss
PHILIP M. FINESTRAUSS, ESQUIRE #2868
1404 N. King Street
P.O. Box 1409
Wilmington, DE 19899
(302)984-1600
Attorney for Plaintiff(s)

Date: 5/18/08

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/29/2008
CT Log Number 513474266

TO: Peter J Winnington, Vice President
J. B. Hunt Corp.
300 Delaware Avenue, Ste. 1704
Wilmington, DE 19801-

RE: **Process Served in Delaware**

FOR: J. B. HUNT CORP. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Danielle Petrucci, Pltf. vs. Sheldon Cummings, et al. including J.B. Hunt Corp., etc., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Information Statement, Complaint, Answers, Affidavit |
| COURT/AGENCY: | New Castle County: Superior Court, DE<br>Case # 08C-05 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - May 18, 2006 |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Company, Wilmington, DE |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/29/2008 at 13:00 |
| APPEARANCE OR ANSWER DUE: | Within 20 days, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Philip M. Finestrauss<br>Philip M. Finestrauss, P.A.<br>1404 N. King Street<br>Wilmington, DE 19899<br>302-984-1600 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 798451195036 |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | The Corporation Trust Company<br>Scott LaScala<br>1209 Orange Street<br>Wilmington, DE 19801<br>302-658-7581 |

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT "B"

Case 1:08-cv-00393-GMS    Document 1-3    Filed 06/27/2008    Page 1 of 3

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

DANIELLE PERTUCCI    :  C.A. No.  08-05-123(SCD)
           :
           :
v.          :
           :
SHELDON CUMMINGS   :
J.B. HUNT CORP.     :
and J.B. HUNT TRANSPORT, INC.:  JURY TRIAL DEMANDED

### STIPULATION TO DISMISS

AND NOW on this ___ day of June 2008, it is hereby STIPULATED and AGREED by Philip M. Finestrauss, counsel for plaintiff, and Delia A. Clark of Rawle & Henderson, LLP, counsel for defendants, Sheldon Cummings and J.B. Hunt Transport, Inc., that J.B. Hunt, Corp. is **DISMISSED** as a party in the above-captioned matter.


/s/ *Philip M. Finestrauss*         /s/ *Delia A. Clark*
Philip M. Finestrauss – ID No.2868    Delia A. Clark – ID #54657
Attorney for Plaintiff          Rawle & Henderson LLP
Danielle Petrucci           Attorney for Defendants,
1404 N. King Street          Sheldon Cummings
P.O. Box 1409            and J.B. Hunt Transport, Inc.
Wilmington DE 19899         300 Delaware Avenue, Sute 1015
302-984-1600            Wilmington, DE 19801
                  302-778-1200

2452473-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Stipulation to Dismiss was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Philip M. Finestrauss
1404 N. King Street
P.O. Box 1409
Wilmington DE 19899

RAWLE & HENDERSON LLP

/s/ *Delia A. Clark*
Delia A. Clark

Dated: June 26, 2008

2452473-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Philip M. Finestrauss
1404 N. King Street
P.O. Box 1409
Wilmington DE 19899

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Dated: June 26, 2008

JS 44 Rev 3/99

# CIVIL COVER SHEET

The JS-120
44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS<br>Danielle Petrucci | DEFENDANTS<br>Sheldon Cummings and J.B Hunt Transport, Inc. |
|---|---|
| (b) County Of Residence Of First Listed Plaintiff  New Castle County<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County Of Residence Of First Listed _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorneys (Firm Name, Address, And Telephone Number)<br>Philip M. Finestrauss<br>1404 N. King Street<br>P.O. Box 1409<br>Wilmington DE 19899<br>302-984-1600 | Attorneys (If Known)  Delia A. Clark<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801 |

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐110 Insurance | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | | | ☐625 Drug Related Seizure of Property 21, USC | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | PROPERTY RIGHTS | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability | | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | | PERSONAL PROPERTY | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐340 Marine | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐690 Other | | ☐850 Securities/Commodities/ Exchange |
| ☐160 Stockholder's Suits | ☒350 Motor Vehicle | ☐380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | | | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | ☐360 Other Personal Injury | | ☐710 Fair Labor Standards Act | ☐861 HIA (1395FF) | ☐892 Economic Stabilization Act |
| | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐893 Environmental Matters |
| | | | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/ DIWW(405(g)) | ☐894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐864 SSID Title XVI | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | HABEAS CORPUS: | ☐790 Other Labor Litigation | FEDERAL TAX SUITS | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | ☐791 Empl. Ret. Inc. Security Act | ☐870 Taxes | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | ☐871 IRS – Third Party 20 USC 7609 | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | | | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | | | |
| | | ☐555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite The U.S. Civil Statute Under Which You Are Filing And Write A Brief Statement Of Cause)
Do Not Cite Jurisdictional Statutes Unless Diversity.) Diversity of Citzenship pursuant to 28 U.S.C §1332

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)   DOCKET NUMBER

DATE: June 26, 2008   SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT $_____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____