IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIELLE PETRUCCI<br>Plaintiff | : | C.A. No. |
| | : | |
| v. | : | |
| SHELDON CUMMINGS<br>J.B. HUNT TRANSPORT, INC.<br>Defendants | : | JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT FORM**

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, J.B Hunt Transport, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

J.B. Hunt Transport Services, Inc.

Date: June 26, 2008          Signature: _____
                             Counsel for: Defendant, J.B. Hunt Transport Inc.

2455717-1

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

1331353 v.1