AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___08-393___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

___6/27/08___                    X _____
(Date forms issued)              (Signature of Party or their Representative)

                                 X _____
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action